**Carl Post, OSB No. 061058**
carlpost@civilrightsoregon.com
**John Burgess, OSB No. 106498**
johnburgess@civilrightsoregon.com
**SNYDER, POST & BURGESS**
1000 SW Broadway, Suite 2400
Portland, Oregon 97205
Telephone: (971) 442-9303
Facsimile: (503) 241-2249
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

|  |  |
|---|---|
| IAN BRENNAN, | Case No. 3:25-cv-00467-JR |
| Plaintiff, | **STIPULATED NOTICE OF DISMISSAL** |
| v. | |
| **MULTNOMAH COUNTY,** a political subdivision of the State of Oregon, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate that this matter should be dismissed with prejudice and without costs or fees to either party.

DATED:  January 23, 2026

SNYDER, POST & BURGESS

*s/ Carl Post*

**Carl Post, OSB No. 061058**
carlpost@civilrightsoregon.com
Attorney for Plaintiff

PAGE 1 – STIPULATED NOTICE OF DISMISSAL

DATED:  January 23, 2026

                                                 **JENNY M. MADKOUR, COUNTY
                                                 ATTORNEY
                                                 FOR MULTNOMAH COUNTY, OREGON**

                                                 *S/ Andrew Weiner*
                                                 Andrew T. Weiner, OBS No. 115485
                                                 Sr. Assistant County Attorney
                                                 andrew.weiner@multco.us
                                                 *Of Attorneys for Defendant*

PAGE 2 – STIPULATED NOTICE OF DISMISSAL